| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br>Cory J. Rooney (SBN 235838)<br>PO Box 382<br>Omaha, NE  68101<br>Telephone:  (402) 933-9865<br>Facsimile:   (402) 401-2701<br>Email:  rooneylaw@outlook.com<br><br>☐ *Plaintiff(s) appearing without attorney*<br>☒ *Attorney for Plaintiff(s)* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  SAN FERNANDO VALLEY DIVISION**

| In re:<br>Ray Hudson, and<br>Samaneh Hudson<br><br><br>Debtor(s). | CASE NUMBER: 1:24–bk–11716–MB<br>ADVERSARY NUMBER: 1:25–ap–01005–MB<br>CHAPTER: 7 |
|---|---|
| Amerifirst<br><br><br>Plaintiff(s),<br>vs.<br>Ray Hudson<br><br><br><br>Defendant(s). | **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT UNDER LBR 7055-1**<br><br>DATE: TBD<br>TIME: TBD<br>COURTROOM: 303<br>ADDRESS: 21041 Burbank Blvd, Woodland Hills, CA 91367 |

**TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:**

1. Name of Defendant(s) against whom default judgment is sought (*specify name*): Ray Hudson
   _____

2. Plaintiff filed the complaint in the above-captioned proceeding on (*specify date*): 01/17/2025

3. The Summons and Complaint were served on Defendant by   ☐ personal service   ☒ mail service
   on the following date (*specify date*): 01/21/2025

4. A true and correct copy of the completed return of summons form is attached.

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure.  "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017* | Page 1 | **F 7055-1.2.DEFAULT.JMT.MOTION**

5.  The time for filing an answer or other response expired on (*specify date*): 02/18/2025

6.  No answer or other response has been filed or served by Defendant.

7.  The default of Defendant:

    a.  ☐ Has not yet been entered, but is requested

    b.  ☒ Was entered on *(specify date)*: 02/27/2025

8.  **A Status Conference:**

    a.  ☒ Is scheduled for (*specify date, time, and place*): 03/19/2025, 1:30 PM
        Ctrm. 303, 21041 Burbank Blvd, Woodland Hills, CA 91367

    b.  ☐ Was held on (*specify date, time, and place*): _____

9.  As proof that Plaintiff is entitled to the relief requested in the complaint, Plaintiff:

    a.  ☒ Relies on the complaint and attached documents.

    b.  ☐ Attaches the following documents to establish a *prima facie* case:

        (1)  ☒ Declaration of *(specify)*: Teresa McCart

        (2)  ☐ Declaration of *(specify)*: _____

        (3)  ☐ Other *(specify)*: _____

10. As further support for entry of a default judgment, Plaintiff submits a memorandum of points and authorities (optional).

11. **DECLARATION OF NON-MILITARY STATUS (**Servicemembers Civil Relief Act, 50 U.S.C. chapter 50 (§§ 3901-4043)). The undersigned party or counsel declares under penalty of perjury, with respect to each Defendant against whom a default judgment is sought by this motion:

    a.  ☒ Defendant is not currently in military service. The facts that support this statement are as follows (*see the court's website for information about how to verify non-military status*):

    b.  ☐ Defendant is currently in military service. The facts that support this statement are as follows (*if this box is checked, the plaintiff must attach a supplement to this motion addressing the requirements in 50 U.S.C. § 3931(b)(2) to appoint an attorney for the Defendant before entering a judgment*):

    c.  ☐ I am unable to determine whether or not Defendant is in military service. The facts that support this statement are as follows (*if this box is checked, the plaintiff must attach a supplement to this motion addressing the bond requirement in 50 U.S.C. § 3931(b)(3)*):

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                   Page 2                                   **F 7055-1.2.DEFAULT.JMT.MOTION**

12. Defaulting party is not an infant or incompetent party.

Plaintiff requests that this court enter a default judgment in favor of Plaintiff. A copy of the lodged proposed default judgment is attached.

Date: 03/05/2025

Respectfully submitted,

Rooney Law Firm
Printed name of law firm

_[Signature]_
Signature

Cory J. Roony
Name of Attorney for Plaintiff or Plaintiff

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017                    Page 3                    F 7055-1.2.DEFAULT.JMT.MOTION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
P.O. Box 382, Omaha, NE 68101

A true and correct copy of the foregoing document entitled: **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT UNDER LBR 7055-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/05/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
David Keith Gottlieb (TR) - dkgtrustee@dkgallc.com
United States Trustee (SV) - ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 03/04/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Ray Hudson
4955 Calle Robleda
Agoura, CA 91301

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/05/2025 | Cory J. Rooney | *signature* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017    Page 4    F 7055-1.2.DEFAULT.JMT.MOTION

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Cory J Rooney<br>Rooney Law<br>PO Box 382<br>Omaha, NE 68101<br><br>402–401–2793<br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY**

| In re:<br><br>Ray Hudson and Samaneh Hudson<br><br><br><br>Debtor(s). | CASE NO.: 1:24–bk–11716–MB<br><br>CHAPTER: 7<br><br><br>ADVERSARY NUMBER: 1:25–ap–01005–MB |
|---|---|
| AmeriFirst<br><br>Plaintiff(s)<br>Versus<br>Ray Hudson<br><br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left–hand corner of this page. The deadline to file and serve a written response is **02/18/2025.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
    **Date:**          **March 19, 2025**
    **Time:**         **01:30 PM**
    **Hearing Judge:**  **Martin R. Barash**
    **Location:**      **21041 Burbank Blvd, Crtrm 303, Woodland Hills, CA 91367**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                 Page 1            **F 7004–1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

                                                **KATHLEEN J. CAMPBELL**
                                                **CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: <u>January 17, 2025</u>

                                          By: <u>"s/" Julie Cetulio</u>

                                                   Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                     Page 2                          **F 7004–1.SUMMONS.ADV.PROC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

P.O. Box 382, Omaha, NE  68101

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** and (2) the accompanying pleading(s) entitled:

Complaint and Exhibit A

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005–2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __01/21/2025_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Ray Hudson
4955 Calle Robleda
Agoura, CA 91301

William G Silverstein
Law Office of William G. Silverstein
8383 Wilshire Blvd., Ste. 630
Beverly Hills, CA 90211

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/21/2025 | Cory J. Rooney | /s/ Cory J. Rooney |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    **F 7004–1.SUMMONS.ADV.PROC**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
(San Fernando Valley)

IN RE:

Ray Hudson, and
Samaneh Hudson,

                   Debtors.

Amerifirst,

                   Plaintiff,

    v.

Ray Hudson,

                   Defendant.

Case No.   1:24-bk-11716-MB

Chapter  7

A.P. No. 1:25-ap-01005-MB

Hon. Judge Barash

### **AFFIDAVIT OF AMERIFIRST IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT RAY HUDSON**

I, Teresa McCart, state and declare under penalties of perjury the following upon my personal knowledge:

1. I am a custodian of business records at Amerifirst, a division of First National Bank of Omaha, which is a national bank organized and existing under the laws of the United States and I am familiar with the facts and circumstances of this case.

2. This Affidavit is being made in support of the Plaintiff's Motion for Default Judgment.

3. I am familiar with the manner and method in which Amerifirst business records, including the loan records are created and stored at Amerifirst.

4. The Defendant applied for a loan from Amerifirst in the amount of $70,000.00, which was intended for the financing of a kitchen remodel and home improvement on the Defendant's

property, said loan application is attached to this Affidavit and was created in the normal course of Amerifirst's business and were made contemporaneously with the events in the statements. Attached hereto as Exhibit A.

5. On said loan application, Defendant stated in writing that he had a self-employment income of $28,144.84.

6. Based on said representations by Defendant, Defendant was approved for said loan in the amount of $70,000.00 on August 24, 2023, which was accompanied and agreed to by the parties as Exhibit B a true and accurate copy of the loan agreement.

7. After receiving said funds, Defendant made 7 minimum payments required by the agreement before defaulting and filing this bankruptcy case.

8. Pursuant to the Loan Agreement, Debtor promised "not to apply for a Loan if you know there is a reasonable probability that you will be unable to repay your obligation according to the terms of this Loan Agreement."

9. In Debtor's bankruptcy Schedules, he stated that he had an annual income of $27,737.00 in 2023, which was materially different from Defendant's stated income on his application for credit with Amerifirst in 2023.

10. The Debtor deliberately misrepresented material information on his application for a loan with Plaintiff and intended to deceive Amerifirst into extending him the $70,000.00 loan.

11. Debtor willfully and knowingly submitted income levels contained in his application for a loan that were false.

12. AmeriFirst reasonably relied on these false representations made by Defendant and extended Defendant a $70,000.00 loan.

13. The Debtor had no intention of repaying this Loan and/or had no realistic expectation of repaying this Loan.

14. The Defendant represented that he had the intention of repaying Amerifirst the $70,000.00 pursuant to the loan agreement and by virtue of receiving the funds.

15. Based on Defendant's bankruptcy schedules, the Defendant knew or should have known that he did not have the intent or ability to repay Amerifirst the $70,000.00. Defendant's monthly income was not sufficient to pay even the minimum payments required under the terms of the loan agreement.

16. Amerifirst justifiably relied on Defendant's representation to repay the $70,000.00 as there were no "red flags" existing as to any potential fraudulent conduct and Amerifirst reviewed Defendant's creditworthiness prior to issuing him the loan proceeds.

17. As a proximate result of Defendant's fraudulent activity and material misrepresentations, Amerifist has been damaged in the amount of $63,724.50.

18. Defendant incurred the $63,724.50 through false pretenses, false representations, or actual fraud.

Dated: 3-3-2025

_Teresa McCart_
Teresa McCart, Amerifist, a Division of
First National Bank of Omaha

**AMERIFIRST**

THIS IS A COPY
This is a copy view of the Authoritative Copy held by the designated custodian

**APPLICATION FOR CREDIT** Fax to **800.311.7757**

READ TO APPLICANT: "If married, you have the right to apply for credit separately from or jointly with your spouse." APPLY: ☐ JOINTLY or ☒ INDIVIDUALLY

| Application Number | Loan Amount | Loan Term (Months) | Application Date |
|---|---|---|---|
| 33796 | $ 70,000.00 | 180 | 08/22/2023 |

### APPLICANT INFORMATION

| Name (First, Middle, LAST) | | | | Date of Birth | Social Security # |
|---|---|---|---|---|---|
| Ray Hudson | | | | ▮▮▮ 1968 | ▮▮▮ 5308 |

| Residence Address/Apt.# | City | State | ZIP | ☒ Own ☐ Rent ☐ Other | How Long (Years/Months) | Home Phone # |
|---|---|---|---|---|---|---|
| 4955 Calle Robleda | Agoura Hills | CA | 91301 | | 1years/5months | (310) 721-9252 |

| Mailing Address (If different from Residence Address) | Number of Dependents | Cell Phone # |
|---|---|---|
| | N/A | ( ) - |

| Landlord/Mortgage Holder | Purchase Price of Property | Home Value | 1st Mortgage Balance |
|---|---|---|---|
| Amerifirst Home Improvement Finance LLC | $ | $ 0.00 | $ 0.00 |

| 2nd Mortgage Balance | Mortgage/Rent/Month | Email Address | Occupation/Position | ☒ Hourly ☐ Salary ☐ Self Em. |
|---|---|---|---|---|
| $ | $ 5,240.00 | Rayhud1968@gmail.com | | |

| Employer (Name and Address) | Employment Date | Work Phone # | Ext. |
|---|---|---|---|
| Hila moda | 3years/3months | ( ) | |

| Gross Monthly Income (EMPLOYER) | Gross Monthly Income (ALL OTHER) | Source(s) of OTHER Income ? | Gross Monthly Income (TOTAL) |
|---|---|---|---|
| $ 28,144.84 | $ | | $ 28,144.84 |

*OTHER INCOME (READ TO APPLICANT: "Income from alimony, child support or separate maintenance need not be revealed if you choose not to rely on such income in applying for credit.")

| Have You Taken Bankruptcy in Last (7) Years? | Are you obligated to pay alimony, child support, etc.? |
|---|---|
| ☐ N ☐ Y If Yes, When / N/A | ☐ N ☐ Y If Yes, Amount $ N/A |

### CO APPLICANT INFORMATION

| Name (First, Middle, LAST) | Date of Birth | Social Security # |
|---|---|---|
| | | ( ) - |

| Residence Address/Apt.# | City | State | ZIP | ☐ Own ☐ Rent ☐ Other | How Long (Years/Months) | Home Phone # |
|---|---|---|---|---|---|---|
| | | | | | years/months | ( ) - |

| Email Address | Mortgage/Rent/Month | Employment Date | Cell Phone # |
|---|---|---|---|
| | $ 0.00 | years/months | ( ) - |

| Employer (Name and Address) | Occupation/Position | ☐ Hourly ☐ Salary ☐ Self Em. | Work Phone # | Ext. |
|---|---|---|---|---|
| | | | ( ) - | |

| Gross Monthly Income (EMPLOYER) | Gross Monthly Income (ALL OTHER) | Source(s) of OTHER Income ? | Gross Monthly Income (TOTAL) |
|---|---|---|---|
| $ 0.00 | $ 0.00 | | $ 0.00 |

*OTHER INCOME (READ TO APPLICANT: "Income from alimony, child support or separate maintenance need not be revealed if you choose not to rely on such income in applying for credit.")

To help the government fight the funding of terrorism and money laundering activities, Federal Law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What that means to you: When you open an account, we will ask for your name, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

I warrant that the information provided in this credit application is true and correct and provides all existing information concerning my outstanding indebtedness and creditworthiness. I understand that the information provided, the verification of that information, and any credit reports obtained will be reasonably relied upon by lender in approving or rejecting this application. I authorize lender, and its agents to check my credit and employment history, and obtain my credit report, communicate with third parties, including credit bureaus, investigate information obtained from me, including the references or statements above, for the purpose of extending new credit, reviewing credit information or collecting my account. I understand that I will receive notice of approval or rejection of my application within 30 days of the action taken and that I can request lender's reason if rejected. At AmeriFirst's option, I understand that I may be required to prove the income stated in this application and authorize AmeriFirst to take any action that may be required in connection with verifying such income.

To the extent permitted by law I/we consent that you, your assignees, and your agents may contact me at any telephone number or email address you have for me, including any cell phone numbers and any phone numbers listed on this document, by any means you select, including an automatic telephone dialing system, text messaging, artificial or pre-recorded voice, and/or an email message.

Notice for New York Residents: A consumer credit report may be requested in connection with this application or in connection with updates, renewals or extensions of any credit granted as a result of this application. If you subsequently ask for this information you will be informed whether or not such a report was requested and, if so the name and address of the agency that furnished the report.

Notice for Ohio Residents: The Ohio laws against discrimination require that all creditors make credit equally available to all credit customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

Notice to Married Wisconsin Residents: Wisconsin law provides that no agreement, unilateral statement or court decree relating to marital property shall adversely affect a creditor's interest, unless prior to the time the credit is granted the creditor is furnished a copy of the agreement, statement or decree or has actual knowledge of the adverse provision. You must include the name of your spouse on the installment contract, and the address if different from yours.

Notice to California and Utah Residents: As requested by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Notice for Massachusetts Residents: Massachusetts law prohibits discrimination on the basis of marital status or sexual orientation.

| X DocuSigned by: Ray Hudson ───────────── Applicant's Signature 9FEEB0028415... | 8/24/2023 Date | X ───────────── Co-Applicant's Signature | Date |
|---|---|---|---|
| Driver's License or State ID No. (Number, State, Issue and Expiration Date) | | Driver's License or State ID No. (Number, State, Issue and Expiration Date) | |

FORM AFCREDITAPP REV 01112018

EXHIBIT B

THIS IS A COPY
This is a copy view of the Authoritative Copy held by the designated custodian.

**First National Bank of Omaha**
11171 Mill Valley Road • Omaha, NE 68154
800-228-2179 • FAX: 800-498-7203
www.trustamerifirst.com

# CLOSED-END NOTE, DISCLOSURE, AND LOAN AGREEMENT

| BORROWER'S NAME AND ADDRESS | | DATE OF LOAN | LOAN MATURITY DATE |
|---|---|---|---|
| Ray Hudson | 4955 Calle Robleda<br>Agoura Hills, CA 91301 | 08/24/2023 | 08/23/2038 |
| CO-BORROWER'S NAME AND ADDRESS | | LOAN NUMBER | |
| | | ██████96 | |

### Truth In Lending Act (TILA) Disclosure Statement

| ANNUAL PERCENTAGE RATE: The cost of your credit as a yearly rate. | FINANCE CHARGE: The dollar amount the credit will cost you. | Amount Financed: The amount of credit provided to you or on your behalf. | Total of Payments: The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 13.23 % | $ 91,371.80 | $ 70,000.00 | $ 161,371.80 |

**Your payment schedule will be:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE; DUE DATE |
|---|---|---|
| 179 | $ 896.50 | First payment due 30 days after the Funding Date. Monthly payments due on the corresponding day of each month thereafter until Loan is paid in full. |
| 1 | $ 898.30 | |

**Late Charge:** If a payment is more than 10 days late, you will be charged 5% of the scheduled payment

**Prepayment:** If you pay off early, you will not have to pay a penalty.

See your Loan Agreement for any additional information about nonpayment, default, and any required repayment in full before the scheduled date.

### ITEMIZATION OF AMOUNT FINANCED

| # | Amount | Description | Account No. |
|---|---|---|---|
| 1. | $ 0.00 | to Creditor Credited on Account No. | N/A |
| 2. | $ 0.00 | to Creditor Credited on Account No. | N/A |
| 3. | $ 0.00 | to Creditor Credited on Account No. | N/A |
| 4. | $ 0.00 | to Creditor Credited on Account No. | N/A |
| 5. | $ 0.00 | To Lender | N/A |
| 6. | $ 0.00 | To | N/A |
| 7. | $ 0.00 | To | N/A |
| 8. | $ 0.00 | To | N/A |
| 9. | $ 0.00 | | N/A |
| 10. | $ 0.00 | | N/A |
| 11. | $ 0.00 | | N/A |
| 12. | $ 0.00 | Amount Paid to Public Officials | |
| 13. | $ 70,000.00 | Amount Given to you directly | |
| 14. | $ 70,000.00 | Total Amount Financed (sum of 1 through 13) | |
| 15. | $ 0.00 | Prepaid Finance Charge | |

### OTHER FEES

In addition to the Late Charge disclosed above, we may charge you the following fees:
Returned Item or NSF Fee: $ 15.00      Other: N/A      $ 0.00
Other: N/A      $ 0.00      Other: N/A      $ 0.00

### LOAN SIGNATURES

You agree that the terms and conditions in the disclosure statement and the loan agreement attached hereto shall apply to this loan. If there is more than one borrower, you agree that all the conditions of the disclosure statement and the loan agreement governing this loan shall apply to both jointly and severally. You acknowledge that you have received a copy of the loan agreement and disclosure statement ("Note").

**Negative Information Notice:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**NOTICE TO CONSUMER:** 1. Do not sign this paper before you read it. 2. You are entitled to a copy of this paper. 3. You may prepay the unpaid balance at any time without penalty and may be entitled to receive a refund of unearned charges in accordance with law.

| BORROWER'S SIGNATURE | DATE | CO-BORROWER'S SIGNATURE | DATE |
|---|---|---|---|
| X *Ray Hudson* | 8/24/2023 | X | |

| BORROWER | LOAN NUMBER | DATE OF LOAN |
|---|---|---|
| Ray Hudson | ...96 | 08/24/2023 |

In these agreements, the words "you," "your" and "yours" mean all those named as borrowers on page 1. The words "we," "us" and "our" mean the lender named on page 1. Capitalized words in the Truth in Lending Act (TILA) Disclosure Statement section on the first page of this Loan Agreement are specifically defined. Definitions set forth below controls the meaning of the words in the Disclosure Statement section not defined there.

**IMPORTANT DISCLOSURES FOR ACTIVE MEMBERS OF THE MILITARY AND THEIR DEPENDENTS:**

The following applies if at the time this loan is made you are an active member of the military or a dependent (as those terms are defined in the Military Lending Act (MLA), 10 U.S.C. 987 and its implementing regulations ("MLA"), and (a) your loan is unsecured or secured by personal property or a vehicle that you did not purchase with the proceeds of the loan; or (b) it is otherwise determined by law that the MLA applies to your loan.

1. **NOTICE:** Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36 percent. This rate must include, as applicable to the credit transaction or account: the costs associated with credit insurance premiums or debt protection fees; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account). To receive this notice verbally, please call 1-800-228-2179 during our normal business hours 8:00 a.m. to 5:00 p.m. CST M-F.
2. Any reference in this consumer credit contract to the following are hereby inapplicable to your loan: (a) Mandatory arbitration; (b) Any requirement(s) to waive your rights to legal recourse under any applicable state or federal law; (c) Any demands or requirements construed as unreasonable notice from you in order to exercise your legal rights; or (d) Prepayment penalties.
3. Any provisions in your consumer credit contract, loan or security agreements that are determined to be inconsistent with or contradictory to these disclosures or the MLA (as they may be changed or amended from time to time) are inapplicable with regard to this loan. However, all other terms and conditions of the consumer credit contract shall remain in full force and effect.

**LOAN AGREEMENT**

**Definitions:**

a. **Loan Agreement** is this two-page written document and the terms, conditions, covenants, warranties and promises it sets forth.
b. **Loan** is the amount of money we are providing to you which you are agreeing to repay, with interest, on the terms and conditions set forth in this **Loan Agreement**.
c. **Funding Date** is the day and date we enter your **Loan** on our records and thereafter issue and mail our **Loan** check to you or make an electronic deposit of **Loan** proceeds to an account you designate in writing.
d. **Due Date** is the date thirty (30) days after the **Funding Date** for your first payment and the corresponding day of each month thereafter until your **Loan** is paid in full.
e. **Late Charge** is the charge that is imposed if you make a late payment, which is any payment made by you which is not received on or before the **Due Date**. You agree to pay a **Late Charge** according to the terms set out on the first page (page 1) of this **Loan Agreement**.
f. **Prepayment** means any payment by you made at any time after **Funding Date** in an amount adequate to fully pay the unpaid portion of the **Loan** plus any accrued interest and/or late charge then due and owing, pursuant to the terms of this **Loan Agreement**.

**Payments/Finance Charges:** For value received, you promise to pay all amounts due. All payments shall be made pursuant to the disclosure statement on page 1 of this document. You understand that the finance charge and total of payments shown on page 1 of this document are based on the assumption that all installment payments will be made on the scheduled due dates. If you fail to pay any installment by the time it is due, you will pay additional interest on the overdue amount and your loan may not be paid in full at the end of the term. In such case, any remaining balance will be due in full immediately.

**Allocation of Payments and Additional Payments:** Payments and credits shall be applied in the following order: accrued interest or finance charges due; principal; any fees or charges owing. Payments made in addition to regularly scheduled payments shall be applied in the same order.

**Late Charge and Other Fees:** If you make a late payment, you agree to pay a late charge if one is disclosed on page 1 of this document. You also agree to pay other applicable fees if described on page 1. Where allowed, any fee to be paid to Lender for provision of a loan pursuant to this Loan Agreement shall be added to the amount of the loan and bear interest at the specified rate. Late Charges and other fees that may accrue shall be added to the outstanding principal balance of the loan and may result in an extension of the loan term.

**Borrower Responsibility:** You promise to notify us of any change in your name, address or employment. You promise not to apply for a loan if you know there is a reasonable probability that you will be unable to repay your obligation according to the terms of the credit extension. You promise to inform us of any new information which relates to your ability to repay your obligation. You promise not to submit false or inaccurate information or willfully conceal information regarding your creditworthiness, credit standing, or credit capacity.

**Irregular Payments:** We may accept late payments or partial payments, even though marked "payment in full," without losing any of our rights under this agreement.

**Co-borrowers:** If you are signing this agreement as a co-borrower, you agree to be equally responsible with the borrower, but we may sue either or both of you. We do not have to notify you that this agreement has not been paid. We may extend the terms of payment and release any security without notifying or releasing you from responsibility on this agreement.

**Default:** You shall be considered in default if any of the following occur: (1) you fail to make a payment required by this Loan Agreement or (2) the prospect of payment, performance or realization of the Collateral is significantly impaired. If you default, we may, at our option, declare this loan immediately due and payable, and you must immediately pay to us at that time the total unpaid balance, as well as the Finance Charge to date, any late charge and costs of collection permitted under law, including reasonable attorney's fees.

**Costs of Collection:** To the extent permitted by applicable law, you shall pay all costs incurred by us in collecting any amount you owe or in enforcing or protecting our rights. Costs of collection include, but are not limited to, collection agency fees. Costs of collection also include reasonable attorney's fees for any action taken by an attorney who is not our salaried employee in order to collect this loan or preserve or protect our rights and remedies, including, without limitation, pre-suit demands for payment, pre-suit mediation or settlement negotiations, investigation and assessment of our rights, participation in bankruptcy cases, matters, and proceedings (including, without limitation, filing proofs of claim, attending meetings of creditors, and pursuing complaints, motions, and objections that relate in any way to our right to payment), non-bankruptcy suits and/or administrative actions, and appeals.

**Action Upon Default:** If applicable state law requires a notice of default and an opportunity to cure that default, we will grant you those rights before we exercise our remedies. If you default, upon the expiration of any applicable rights to cure that default, we may, at our option, declare all amounts under the Note immediately due and payable, and you must immediately pay to us at that time the total unpaid balance, as well as the Finance Charge to date, any late charge and costs of collection permitted under law, including reasonable attorney's fees. We may pursue any and all remedies afforded us under the law to collect all amounts owing. The principal balance in default shall bear interest at the contract rate.

**Interest After Default:** If you fail to pay all amounts still owed on the Maturity Date, you will pay interest on the unpaid amount at the contract rate until paid in full.

**Others Bound:** This agreement not only binds you, but your executors, administrators, heirs, and assigns.

**Further Assurances:** You agree to execute any further documents, and to take any further actions, reasonably requested by us in order to effectuate the rights granted to us.

**Delay in Enforcement:** We may delay enforcing any of our rights under this agreement without losing them.

**Governing Law:** This agreement shall be construed and enforced in accordance with the laws of the State of Nebraska.

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
(San Fernando Valley)

_____

IN RE:                                                                              Case No.   1:24−bk−11716−MB
Ray Hudson, and
Samaneh Hudson,

                    Debtors.                                            Chapter  7
_____

Amerifirst,

                    Plaintiff,

        v.

Ray Hudson,                                                                   A.P.  No.  1:25−ap−01005−MB

                    Defendant.                                          Hon.  Judge Barash
_____

**AFFIDAVIT OF NON-MILITARY SERVICE AND FAILING TO ANSWER**

STATE OF NEBRASKA    )
                              ) SS
COUNTY OF DOUGLAS    )

    I, Cory J. Rooney, state and declare under penalties of perjury the following upon my personal knowledge:

    1)    I am the attorney for Amerifirst, the Plaintiff in this proceeding.

    2)    The Defendant's current mailing address pursuant to his Bankruptcy Petition is 4955 Calle Robleda, Agoura, CA 91301.

3) That I caused the Defendant and his Attorney to be served with a true copy of the Complaint and Summons by first-class mail deposited with the United States Postal Service on January 21, 2025.

4) To date, Defendant has failed to Answer or otherwise respond to the allegations in Plaintiff's Complaint and therefore is in Default.

5) Based on records obtained from the Department of Defense Manpower Data Center, there is no information indicating that the Defendant is currently on active duty.  A true and accurate copy of the report is attached hereto as Exhibit C.

6) Defendant is also not a minor nor an incompetent.

Dated:  March 4, 2025

                      AMERIFIRST

By: /s/ Cory J. Rooney
Cory J. Rooney (SBN 235838)
PO Box 382
Omaha, NE  68101
Telephone:  (402) 933-9865
Facsimile:  (402) 401-2701
Email:  rooneylaw@outlook.com

Case 1:25-ap-01005-MB    Doc 10    Filed 03/05/25    Entered 03/05/25 07:09:11    Desc
Department of Defense Manpower Data Center    Page 16 of 19    Results as of : Mar-04-2025 02:45:21 PM EST

SCRA 5.24



# Status Report
## Pursuant to Servicemembers Civil Relief Act

EXHIBIT C

| | |
|---|---|
| SSN: | XXX-XX-5308 |
| Birth Date: | Sep-XX-1968 |
| Last Name: | HUDSON |
| First Name: | RAY |
| Middle Name: | |
| Status As Of: | Mar-04-2025 |
| Certificate ID: | 2D79RK685JX5VZS |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods.  Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Cory J. Rooney (SBN 235838)<br>PO Box 382<br>Omaha, NE  68101<br>Telephone:  (402) 933-9865<br>Facsimile:  (402) 401-2701<br>Email:  rooneylaw@outlook.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -***San Fernando Valley* **DIVISION**

| In re:<br>Ray Hudson, and<br>Samaneh Hudson,<br><br>Debtor(s)<br><br>First National Bank of Omaha<br><br>Plaintiff(s)<br>vs.<br><br>Ray Hudson,<br><br>Defendant(s) | CASE NO.: 1:24−bk−11716−MB<br>CHAPTER: 7<br>ADVERSARY NO.: 1:25−ap−01005−MB<br><br>**DEFAULT JUDGMENT**<br>**(WITHOUT PRIOR JUDGMENT)**<br><br>DATE: 04/01/2025<br>TIME: 11:00 AM<br>COURTROOM: 303<br>PLACE:<br>21041 Burbank Blvd, Crtrm 303, Woodland Hills, CA 91367 |

Based on the Defendant's failure to respond to the Complaint, the court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiff (*specify name*): First National Bank of Omaha
   and against Defendant (*specify name*): Ray Hudson

2. a. ☒ Plaintiff is awarded damages in the following amount:          $63,724.50
   b. ☒ Plaintiff is awarded costs in the following amount:            $350.00
   c. ☐ Plaintiff is awarded attorney fees in the following amount:    $
   d. ☐ Plaintiff is awarded interest at the rate of _____% per year from the following date to the date of entry of this judgment (*specify date from which interest shall begin to run*): _____

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                           Page 1                           **F 7055-1.2.DEFAULT.JMT**

    e.  ☐ Plaintiff is granted the following relief (*specify*):

        ☐ See attached page

3.  ☒ This judgment or claim is determined to be non-dischargeable under:   ☒ Bankruptcy Code §523(a) _____
     ☒ Other (*specify*):  11 U.S.C. §523 (a) (2) (B).

4.  ☐ The court further orders:

        ☐ See attached page

###

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*      Page 2    **F 7055-1.2.DEFAULT.JMT**